### DUNNE LEASES CARS AND TRUCKS, INC.

v.

### KENWORTH TRUCK COMPANY, a Division of Paccar Inc.

No. 80–302–A.

Supreme Court of Rhode Island.

July 10, 1980.

Arcaro, Belilove & Kolodney, Abraham Belilove, Providence, for plaintiff.

Edwards & Angell, Richard M. Borod, Providence, for defendant.

### ORDER

The plaintiff's motion for stay of the Superior Court order as prayed is denied.

DORIS, J., did not participate.

■

### Earl ELBY

v.

### John MORAN.

No. 80–300–M.P.

Supreme Court of Rhode Island.

July 10, 1980.

Bruce Pollock, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for respondent.

### ORDER

The respondent is directed to file his answer to the petition for writ of habeas corpus and therein to *show cause*, if any he has, why the petition should not be granted, said answer to be made in compliance with the provisions of Rule 14.

DORIS, J., did not participate.